G.W. PORTER, T/A ANGLE IN MOBILE COURT v. HOWELL
TOWNSHIP RENT LEVELING.

September 7, 1988.

Petition for certification denied.

ROGER MAURO, ET AL. v. OWENS–CORNING FIBERGLAS CORP.,
ET AL.

September 7, 1988.

Petition for certification granted. (See 225 *N.J.Super.* 196)

ROGER MAURO, ET AL. v. OWENS–CORNING FIBERGLASS
CORP., ET AL.

September 7, 1988.

Cross-petition for certification denied. (See 225 *N.J.Super.* 196)